[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Bodyguard Production Inc

Plaintiff

v. Does 1-30

Defendant

Brandon Williams

Case Number: 1:18-CV-02496

Judge: Andrea R Wood

Magistrate Judge:

I Brandon Williams, is Filing a motion to quash or vacate subpoena I have not upload or download anything must be a mistake

**FILED**

MAY 10 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Brandon Williams

05-10-2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]